UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 23-067-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| AUSTIN DAVID STAFFORD, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

***   ***   ***   ***

Following an evaluation by forensic postdoctoral fellow Priyanka Rao, Psy.D. and forensic psychologist Robin Watkins, Ph.D., ABPP, United States Magistrate Judge Edward B. Atkins held a competency hearing and issued a Report and Recommendation ("R&R") regarding Defendant Austin David Stafford's competency. [Record No. 35] After reviewing all relevant materials, the Magistrate Judge recommended that the undersigned find Stafford competent to proceed in this matter. Neither Stafford nor the United States have objected to the magistrate judge's recommendation within the time provided. Further, having fully considered the matter, the Court agrees with, and will adopt, the magistrate judge's recommendation in full.

Although this Court must make a *de novo* determination of those parts of a magistrate judge's recommendations to which an objection is made, 28 U.S.C. § 636(b)(1)(C), "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Moreover, a party who fails to file

- 1 -

objections to a magistrate judge's report and recommendation waives the right to appeal. *See*

*United States v. Branch*, 537 F.3d 582, 587 (6th Cir. 2008).

Here, the examiners determined, for the reasons explained in their comprehensive report, that Stafford is able to understand the nature and consequences of the proceedings and can properly assist in his defense. And as noted in the R&R, the Magistrate Judge's independent observations of the defendant do not conflict with the findings in the report. Finally, as further outlined in the R&R, Stafford testified at the competency hearing before the Magistrate Judge and, after being informed of the consequences of being found competent to proceed, stipulated to the findings and conclusions in the examiners' report.

Accordingly, it is hereby **ORDERED** as follows:

1.      The Report and Recommendation of Magistrate Judge Edward B. Atkins [Record No. 35] is **ADOPTED** and **INCORPORATED**, in full.

2.      The Court finds that Defendant Austin David Stafford is competent to face further proceedings, including trial.

Dated: December 21, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky